**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **THOMAS ROWLETT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SUPERIOR COATING, COVENTRY** )<br>**HEALTH & LIFE INSURANCE** )<br>**COMPANY, BRENNAN HART** )<br>**CONSTRUCTION CO., BILL** )<br>**DOWNES,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 3:13-cv-00246BSM/BD** |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 41.1, Plaintiff, Thomas Rowlett ("Rowlett"), and Defendant, Coventry Health and Life Insurance Company ("Coventry"), respectfully give notice that they have agreed to terms of settlement of Rowlett's claims against Coventry before this Court and are in the process of finalizing and documenting the agreement. Upon entering the final settlement agreement, Rowlett will file with the Court a Notice of Dismissal with respect to Coventry.

In the interim, Rowlett and Coventry jointly request that the Court suspend all of Coventry's pending deadlines, including Coventry's deadline to file a responsive pleading to Rowlett's Amended Complaint.

Respectfully Submitted by:

/s/ Richard Lusby
Richard Lusby (Ark. Bar # 78100)
WOMACK, PHELPHS & McNEILL
P.O. Box 3077
Jonesboro, Arkansas 72403
Telephone – (870) 932-0900
rlusby@wpmfirm.com

*Counsel for Thomas Rowlett*


/s/ David S. Mitchell, Jr.
David S. Mitchell, Jr. (Ark. Bar #2010271)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone – (901) 543-5900
Facsimile – (901) 543-5999
dmitchell@bassberry.com

*Counsel for Coventry Health & Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to:

Richard Lusby, Esq.
WOMACK, PHELPHS & McNEILL
P.O. Box 3077
Jonesboro, Arkansas  72403
Telephone:  (870) 932-0900
rlusby@wpmfirm.com

Lela Davison, Esq.
LEGAL AID OF ARKANSAS, INC.
310 Mid-Continent Plaza
West Memphis, AR 72301
Telephone: (870) 732-6370
ldavison@arlegalaid.org


I also certify that on June3, 2014 a copy of the foregoing was provided via U.S. mail to:

Brenan Hart Construction Co.
c/o Donna Strickland, President
2818 N. Star
Bartlett, TN 38135


                                                         /s/ David S. Mitchell, Jr.