IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**THOMAS ROWLETT**                                                             **PLAINTIFF**

**v.**                      **CASE NO. 3:13CV00246 BSM**

**BRENAN HART CONSTRUCTION CO., et al.**                  **DEFENDANTS**

**ORDER**

Pursuant to the parties' notice of settlement, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE