IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS ROWLETT                                                                                          PLAINTIFF

v.                              CASE NO. 3:13CV00246 BSM

BRENAN HART CONSTRUCTION CO., et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE